**FILED**

May 23, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
Julie Golden
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| LIEF KULLBERG, derivatively on behalf of Nominal Defendant CROWDSTRIKE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE KURTZ, et al., <br><br> Defendants, <br><br> and <br><br> CROWDSTRIKE HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-00543-RP |
| CHRIS SIMOES, derivatively on behalf of Nominal Defendant CROWDSTRIKE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE KURTZ, et al., <br><br> Defendants, <br><br> and <br><br> CROWDSTRIKE HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:25-cv-00545-RP |

**ORDER GRANTING THE PARTIES' AGREED MOTION TO STAY AND**
**CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS,**
**AND GRANTING ADDITIONAL RELIEF REQUESTED BY**
**PLAINTIFFS AS TO WHICH DEFENDANTS TAKE NO POSITION**

Before the Court is the joint motion of Plaintiff Lief Kullberg and Plaintiff Chris Simoes ("Plaintiffs"), in the above-captioned actions, Nominal Defendant CrowdStrike Holdings, Inc. ("CrowdStrike" or the "Company"), and Defendants George Kurtz, Michael Sentonas, Roxanne S. Austin, Sameer K. Gandhi, Gerhard Watzinger, Cary J. Davis, Laura J. Schumacher, Johanna Flower, Denis J. O'Leary, and Godfrey R. Sullivan (collectively, the "Individual Defendants," and together with CrowdStrike, "Defendants," and together with Plaintiffs, the "Parties"), to consolidate the above-captioned cases and to stay them pursuant to the terms provided below (the "Agreed Motion").  Upon consideration, and for good cause, the Agreed Motion is GRANTED.

IT IS ORDERED that the above-captioned cases (the "Related Actions") are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a), and stayed in their entirety, pursuant to the following terms:

1.     Defendants accept service of the complaints in the Related Actions to the extent that service has not yet been perfected on any Defendant, provided, however, that the acceptance of service shall not waive any rights, claims, and defenses, other than a defense as to the sufficiency of service of process.  For the avoidance of doubt, Defendants' reservation of rights, claims, and defenses includes, without limitation, any defenses on the merits, any jurisdictional defenses, any motions to dismiss pursuant to the doctrine of *forum non conveniens*, any motions to transfer, and any other motions that seek relief based on Defendants' position that the Related Actions must be litigated in the Delaware Court of Chancery or the United States District Court for the District of Delaware pursuant to Article 7 of the Company's bylaws, and any and all other rights, claims, and defenses, other than a defense as to the sufficiency of service of process.  Plaintiffs reserve their rights to oppose any such motion and the relief sought therein.

2.     The Related Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 1:25-cv-00543-RP (the "Consolidated Demand Made Action"), without prejudice to the right of any Defendant to move to sever the claims against it should future circumstances warrant.

| Case Name | Case Number | Date Filed |
|-----------|-------------|------------|
| *Kullberg v. Kurtz, et al.* | 1:25-cv-00543 | April 10, 2025 |
| *Simoes v. Kurtz, et al.* | 1:25-cv-00535 | April 10, 2025 |

3.     Every pleading filed in the Consolidated Demand Made Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE CROWDSTRIKE HOLDINGS, INC. STOCKHOLDER DEMAND MADE DERIVATIVE LITIGATION | Lead Case No.: 1:25-CV-00543-RP (Consolidated with No. 1:25-cv-00545-RP) |
| This Document Relates to: ALL ACTIONS | |

4.     All papers filed in connection with the Consolidated Demand Made Action will be maintained in one file under Lead Case No. 1:25-cv-00543-RP.

5.     The Consolidated Demand Made Action is hereby stayed in its entirety pending the CrowdStrike Board of Directors' response to the Simoes Plaintiff's demand.  Within seven (7) days after the CrowdStrike Board of Directors responds to the Simoes Plaintiff's demand, the Parties will meet and confer and thereafter submit a proposed order governing next steps, including a potential stay of the Consolidated Demand Made Actions pending resolution of the putative

securities class action denominated *In re CrowdStrike Holdings, Inc. Securities Litigation*, No. 1:24-cv-00857 (W.D. Tex.).  For the avoidance of doubt, the Consolidated Demand Made Action will remain stayed while the Parties meet and confer following the CrowdStrike Board of Directors' response to the Simoes Plaintiff's demand.

\* \* \*

Also before the Court is a motion by Plaintiffs for the entry of a leadership structure and other forms of related relief, as to which Defendants take no position (the "Motion for Additional Relief").  Upon consideration, and for good cause, the Motion for Additional Relief is GRANTED.

IT IS FURTHER ORDERED that:

6.      The following law firms are designated Co-Lead Counsel for Plaintiffs in the Consolidated Demand Made Action:

<table>
<tr><td>

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
745 Fifth Avenue, 5th Floor
New York, NY 10151
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
Email: bsachsmichaels@glancylaw.com


Robert V. Prongay
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
Email: prajesh@glancylaw.com

</td><td>

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: estone@rosenlegal.com

</td></tr>
</table>

7.      The following law firm is designated Liaison Counsel for Plaintiffs in the Consolidated Demand Made Action:

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
Stuart L. Cochran
State Bar No. 24027936

8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3804
Facsimile: (214) 691-6311
Email: scochran@condontobin.com

8.      Co-Lead Counsel, in consultation with Liaison Counsel, shall represent Plaintiffs in the prosecution of the Consolidated Demand Made Action, determine and present to the Court and opposing parties Plaintiffs' position on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, in consultation with Liaison Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Demand Made Action.

9.      No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

10.     This Order shall apply to each related shareholder derivative action involving the same or substantially the same allegations, claims, and defendants, and arising out of the same, or substantially the same, transactions or occurrences as the Consolidated Demand Made Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re CrowdStrike Holdings, Inc. Stockholder Demand Made Derivative Litigation,* Lead Case No. 1:25-cv-00543-RP, is hereafter filed in this Court, reassigned to this Court, or transferred to this Court from another court, this Court requests

the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re CrowdStrike Holdings, Inc. Stockholder Demand Made Derivative Litigation,* Lead Case No. 1:25-cv-00543-RP. Counsel for the Parties are to assist in assuring that counsel in subsequent actions receive notice of this Order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Demand Made Action shall apply to all later shareholder derivative actions involving CrowdStrike filed in this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Demand Made Action.

11.    All papers and documents previously filed and/or served in the Related Actions shall be deemed a part of the record in the Consolidated Demand Made Action.

12.    Within sixty (60) days of entry of an Order approving this Joint Motion, the Parties shall submit to the Court a status update with a proposal and schedule regarding next steps, if any, in the Consolidated Demand Made Action. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Consolidated Demand Made Action until the deadline set forth in the Court's order on the Parties' proposal.

SO ORDERED this 23rd day of __May__ 2025.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE